UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CHECKMATE.COM, INC.,

                Plaintiff,

    -against-

ARJUN VASAN,

                Defendant.

Case No.: 1:25-cv-03181-JMF

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Thomas A. Warns of K&L Gates LLP, hereby enters his appearance in this action as counsel for Plaintiff Checkmate.com, Inc. ("Plaintiff" or "Checkmate") and requests that all pleadings and papers in this action be served upon the undersigned.

Dated:   New York, New York
           April 22, 2025

Respectfully submitted,

**K&L GATES LLP**

By:   */s/ Thomas A. Warns*
      Thomas A. Warns
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-3900
tom.warns@klgates.com

*Attorneys for Plaintiff Checkmate.com, Inc.*

To:   Arjun Vasan
      12615 193rd Street
      Cerritos, CA 90703
      (562) 900-6541
      arjun.vasan@gmail.com
      *Plaintiff Pro Se*