Dear Judge Furman:

Pursuant to this Court's Individual Rules, I respectfully submit this motion to quash service of process under Fed. R. Civ. P. 12(b)(5) and write briefly to clarify the procedural context.

On April 20, 2025, I submitted a pre-motion letter outlining my intent to file a comprehensive motion to dismiss addressing multiple Rule 12(b) defenses. Since that time, I have determined that resolution of the threshold issue of defective service should be prioritized before burdening the Court with broader substantive arguments. I have not yet submitted a corresponding pre-motion letter to opposing counsel, and therefore no prejudice will result to Plaintiff. I will send the letter with the proposed Motion to Quash to counsel shortly.

Accordingly, I now submit this targeted motion to quash, attached herewith. Should the Court deny the motion, I respectfully reserve the right to file the broader motion previously previewed, in accordance with Your Honor's guidance.

Respectfully submitted,

/s/ Arjun Vasan

Defendant Pro Se