UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

CHECKMATE.COM, INC., a Delaware corporation,

       -against-                          25-CV-3181 (JMF)

ARJUN VASAN, an Individual

-----------------------------------------------------------X

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO QUASH SERVICE OF PROCESS

Upon consideration of Defendant Arjun Vasan's Motion to Quash Service of Process, the Declaration of Arjun Vasan, the exhibits submitted therewith, and all other papers and proceedings in this matter, and good cause appearing:

IT IS HEREBY ORDERED that:
1. Defendant's Motion to Quash Service of Process is GRANTED;
2. Service of the Summons and Complaint upon Defendant is hereby QUASHED;
3. Plaintiff shall effect proper service in accordance with Rule 4 of the Federal Rules of Civil Procedure and New York CPLR § 308, should it wish to proceed; and
4. This Court shall retain no jurisdiction over Defendant unless and until proper service is completed.

SO ORDERED.

DATED: _____                               _____

    New York, New York                               JESSE M. FURMAN

                                               United States District Judge