UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

CHECKMATE.COM, INC., a Delaware corporation,


       -against-                                                          **25-CV-3181 (JMF)**



ARJUN VASAN, an Individual

-----------------------------------------------------------X

**PROOF OF SERVICE OF NOTICE OF INITIAL PRETRIAL CONFERENCE AND JUDGE'S INDIVIDUAL RULES**

1. I, Arjun Vasan, am the Defendant in the above-captioned action and am representing myself pro se.

2. Pursuant to the Court's Order dated April 18, 2025 (ECF No. 4), I hereby certify that on April 22, 2025, I served a copy of the following documents on counsel for Plaintiff via email:

3. **Notice of Initial Pretrial Conference (ECF No. 4)**

4. **Hon. Jesse M. Furman's Individual Rules and Practices in Civil Cases**

5. The documents were served by email to the following counsel for Plaintiff:

- Thomas Warns, Esq. – tom.warns@klgates.com

- Ryan Keech, Esq. – ryan.keech@klgates.com

6.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed On: **Tuesday, April 22, 2025**

       Cerritos, CA

*Arjun Vasan*
_____

**Arjun Vasan**

Pro Se Defendant

Arjun.vasan@gmail.com

562-900-6541