UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

CHECKMATE.COM, INC.,

              Plaintiff,

    -against-

ARJUN VASAN,

              Defendant.

-----------------------------------------------------------x

Case No.: 1:25-cv-03181-JMF

**AFFIRMATION OF SERVICE**

I, Roxana I. Ciulei, am over 18 years of age and not a party to this action.

On April 24, 2025, I caused to be served by FedEx delivery a true and correct copy of **April 24, 2025 Letter to Judge Jesse M. Furman in Response to Defendant's Request for Extension of Time** in this action, upon the following:

Arjun Vasan
12615 193rd Street
Cerritos, CA 90703
(562) 900-6541
arjun.vasan@gmail.com
*Plaintiff Pro Se*

I affirm this 24th day of April, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
Roxana I. Ciulei