UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X
CHECKMATE.COM, INC., a Delaware
corporation,
Plaintiff

                                                                 25-CV-3181 (JMF)

     -against-                                     REQUEST FOR LEAVE TO FILE EXCESS
                                                            PAGES FOR MOTION TO DISMISS,
                                                            TRANSFER OR STAY

ARJUN VASAN, an Individual,
Defendant
-----------------------------------------------------X

**Hon. Jesse M. Furman**

United States District Judge

Southern District of New York

Thurgood Marshall United States Courthouse

40 Foley Square

New York, NY 10007

**Re:** Request for Leave to File Excess Pages

Dear Judge Furman,

Pursuant to Rule 3.B of Your Honor's Individual Rules and Practices, I respectfully request leave to file a memorandum of law of up to 30 pages in support of my forthcoming motion to dismiss, transfer, or stay, which will also consolidate all available defenses under Fed. R. Civ. P. 12(b). Good cause exists for this modest extension because the anticipated motion will address several distinct threshold issues—specifically, lack of personal jurisdiction, improper venue, insufficiency of process and service, failure to join necessary parties, and the first-to-file rule.

Each of these issues requires substantial analysis. Consolidating all such defenses into a single motion will promote judicial efficiency and minimize duplicative filings. I will endeavor to be as concise as possible and respectfully submit that an extension to 30 pages is necessary to ensure that all arguments are fully and clearly presented for the Court's consideration.

As per Rule 3.B, this letter is filed more than seven days prior to the anticipated filing.

Thank you for your attention to this request.

Respectfully Submitted,

DATED: Sunday, May 18, 2025

**In Cerritos, California**

*/s/ Arjun Vasan*

_____

Arjun Vasan

Defendant *Pro Se*