UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------- X
CHECKMATE.COM, INC.,                                    :
                                                        :
                      Plaintiff,                        :
                                                        :
                                                        :
                                                        :
                                                        :
                                                        :      25-CV-03181 (JMF)
                                                        :
         -against-                                      :      [PROPOSED] ORDER GRANTING
                                                        :      DEFENDANT'S MOTION TO DISMISS,
                                                        :      TRANSFER, OR STAY
                                                        :
                                                        :
                                                        :
ARJUN VASAN,                                            :
                                                        :
                      Defendant.                        :
                                                        :
------------------------------------------------------- X
```

Upon consideration of Defendant's Motion to Dismiss, Transfer, or Stay, the accompanying memorandum of law, the pleadings, and all other papers and proceedings herein, and good cause appearing therefor, it is hereby **ORDERED** that:

1. Plaintiff's Second Cause of Action for Breach of the Non-Competition Agreement is **DISMISSED with prejudice** pursuant to Rule 12(b)(6) as contradicted by documentary evidence submitted by Plaintiff itself;

2. That the Court declares, pursuant to 28 U.S.C. § 2201 and Fed. R. Civ. P. 57, that the Non-Competition Agreement (including its forum selection clause and restrictive covenants) is **NULL**, **VOID**, and **UNENFORCEABLE** as to Defendant, because Defendant was terminated without cause and did not resign voluntarily;

3. That Plaintiff is **ENJOINED** from further asserting or enforcing the Non-Competition Agreement, or any claim arising from it, against Defendant;

4. The Complaint in its remainder is **DISMISSED with prejudice** pursuant to Rules 12(b)(6), 12(b)(7), and 19 of the Federal Rules of Civil Procedure, on the grounds that:
    - Plaintiff has failed to properly allege or satisfy a contractually mandated condition precedent to suit;
    - Plaintiff has failed to join indispensable parties whose rights and interests are directly affected by this action;
    - Plaintiff has failed to state a claim upon which relief may be granted by failing to attach or plead the operative agreements with specificity; and/or
    - Plaintiff's claims are otherwise barred or defective under applicable law;

5. [In the Alternative] **TRANSFERRED** in its entirety to the United States District Court for the Central District of California;

6. [In the Further Alternative] **STAYED** in favor of the first-filed, procedurally advanced, and more comprehensive action pending in the Central District of California, under the first-to-file rule and in the interests of justice and judicial efficiency; or

7. [In the Further Alternative] **DISMISSED without prejudice** for improper venue pursuant to Rule 12(b)(3) and/or for lack of personal jurisdiction under Rule 12(b)(2), as the Complaint fails to establish that Venue is Proper in this District.

8. [Should Any Portion of this Action Survive] Plaintiff is hereby **ORDERED** to file all operative documents upon which its claims are based within 14 days of this Order.

9. Plaintiff is hereby **ORDERED TO SHOW CAUSE**, within 14 days of this Order, as to:
    (a) The factual and legal basis for its use of the Sugar Land, Texas address for service upon Defendant, and its subsequent retraction of the same;
    (b) Its failure to disclose, produce, or file with the Court the operative agreements and documents upon which its claims are based; and
    (c) Why the Court should not impose sanctions, draw adverse inferences, or grant other appropriate relief in light of the foregoing actions and omissions.

10. [Any such other and further relief as the Court deems just and proper]

**SO ORDERED**.

DATED: _____                              _____

New York, New York                                         JESSE M. FURMAN

                                                                                                      United States District Judge