UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHECKMATE.COM, INC.,

                Plaintiff,

       -v-

ARJUN VASAN,

                Defendant.
------------------------------------------------------------------X

25-CV-3181 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's new motion to dismiss, *see* Docket No. 34, Defendant's earlier motion to dismiss filed at Docket No. 10 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **June 16, 2025**. Defendant's reply, if any, is due by **June 23, 2025**.

      The Clerk of Court is directed to terminate Docket No. 10 and to mail a copy of this Order to Defendant.

      SO ORDERED.

Dated: June 4, 2025
       New York, New York

                                                JESSE M. FURMAN
                                     United States District Judge