UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------x

CHECKMATE.COM, INC.,

            Plaintiff,

   -against-

ARJUN VASAN,

           Defendant.

---------------------------------------------------------------------x

Case No.: 1:25-cv-03181-JMF

**DECLARATION OF SERVICE**

I, Roxana I. Ciulei, am over 18 years of age and not a party to this action.

On June 16, 2025, I caused to be served by First Class mail true and correct copies of **(i) Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss, Transfer, or Stay and (ii) Declaration of Thomas A. Warns with attached exhibits A through F** in this action, upon the following:

Arjun Vasan
12615 193rd Street
Cerritos, CA 90703
(562) 900-6541
arjun.vasan@gmail.com
*Defendant Pro Se*

I declare this 16th day of June, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                          _____
                                                          Roxana I. Ciulei