UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHECKMATE.COM, INC.<br><br>　　　　　Plaintiff,<br>　v.<br>ARJUN VASAN<br><br>　　　　　Defendant. | Case No. 1:25-CV-03181(JMF)<br><br>DECLARATION OF SERVICE |

I, Deborah J. Meyers, am over 18 years of age and not a party to this action.

On June 20, 2025, I caused to be served by first class mail a true and correct copy of Plaintiff's Response in Opposition to Defendant's Letter Motion to Stay in this action, upon the following:

>Arjun Vasan
>12615 193rd Street
>Cerritos, CA 90703
>(562) 900-6541
>Arjun.vasan@gmail.com
>*Defendant Pro Se*

I declare this 20th day of June, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true and I understand that this document may be filed in an action or proceeding in a court of law.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Deborah J. Meyers