UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
CHECKMATE.COM, INC.,
                     Plaintiff

                                                       25-CV-3181 (JMF)

          -against-                              REQUEST FOR JUDICIAL NOTICE OF
                                                KEY RECENT EVENTS IN LARGE
                                                LANGUAGE MODEL (LLM) HISTORY


ARJUN VASAN,
                    Defendant
-------------------------------------------------------X

       Defendant Arjun Vasan respectfully requests the Court take judicial notice, pursuant to Federal Rule of Evidence 201, of the following widely reported, undisputed facts:

**1. Launch of ChatGPT (November 2022)**

       OpenAI publicly launched ChatGPT, its conversational large language model, in November 2022, marking a watershed moment in AI history and receiving worldwide coverage.

"OpenAI Launches ChatGPT," The New York Times, Nov. 30, 2022

**2. ChatGPT Becomes Fastest-Growing Consumer Application in History**

       Within two months of its launch, ChatGPT reached 100 million users, making it the fastest-growing consumer application in history, as reported by Reuters and other major media.

"ChatGPT sets record for fastest-growing user base – analyst note," Reuters, Feb. 1, 2023

**3. OpenAI GPT-3.5-Turbo API Launch for Developers (March 2023)**

       In March 2023, OpenAI released the GPT-3.5-turbo API, enabling developers worldwide to build applications powered by LLMs.

"Introducing ChatGPT and Whisper APIs," OpenAI, March 1, 2023

-2-

**4. OpenAI GPT-4.0-Turbo API Launch for Developers (Nov 2023)**

In Nov 2023, OpenAI announced the GPT-4-turbo API generally available to all paying API developers, further accelerating adoption of advanced LLMs. This model has a 128k context window, large enough to cover complex restaurant menus.

"GPT-4-Turbo API Launched" OpenAI, Nov 6, 2023

---

**Each of these facts is widely reported and readily verifiable from reputable, publicly available sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b).** Defendant respectfully requests that the Court take judicial notice of these materials pursuant to FRE 201 and consider them in evaluating his pending Motion to Dismiss.

Dated: **June 23, 2025,**

In **Cerritos, CA**

Respectfully Submitted,

/s/ *Arjun Vasan*

_____

**Arjun Vasan**
Defendant Pro Se
12615 193rd Street,
Cerritos, CA 90703

562-900-6541

arjun.vasan@gmail.com