UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHECKMATE.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> ARJUN VASAN, <br><br> Defendant. | Case No.: 1:25-cv-03181-JMF |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Checkmate.com Inc. ("Checkmate" or "Plaintiff") voluntarily dismisses without prejudice its claims in the above-captioned action against Defendant Arjun Vasan ("Vasan" or "Defendant"). Defendant has not served an answer or a motion for summary judgment in this action. Therefore, Plaintiff's dismissal of its claims against Defendant Arjun Vasan is permitted by Fed. R. Civ. P. 4l(a)(l )(A)(i) without a Court Order.

Dated: July 9, 2025

**K&L GATES LLP**

*/s/ Thomas A. Warns*
Thomas A. Warns
tom.warns@klgates.com
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 536-3900

*Attorneys for Plaintiff Checkmate.com, Inc.*