-1-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
CHECKMATE.COM, INC.,

                Plaintiff                           25-CV-3181 (JMF)

                                  LETTER REQUESTING BRIEF EXTENSION
    -against-                           TO RESPOND TO PLAINTIFF'S NOTICE
                                     OF DISMISSAL DUE TO MEDICAL
                                             EMERGENCY

ARJUN VASAN,

                Defendant
-------------------------------------------------------X

**Hon. Jesse M. Furman**
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

**Re:** Checkmate.com Inc. v. Vasan — Letter Requesting Extension to Respond to Dismissal

Dear Judge Furman:

      I am the *pro se* defendant in the above-captioned matter. I write to respectfully inform the Court that I was hospitalized yesterday, July 10, 2025, due to a medical emergency, which has limited my access to my legal files and ability to prepare court submissions.

      Accordingly, I respectfully request a brief extension of 14 days from the date of this letter to file any motion for fees or for sanctions, relating to Plaintiff's recent voluntary dismissal. If the Court requires medical certification of my hospitalization, I can promptly provide it. I believe the Supreme Court has recognized that a voluntary dismissal under Rule 41(a)(1)(A)(i) does not deprive the district court of jurisdiction to address collateral matters such as sanctions and fee-shifting. See *Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 384, 395–98 (1990).

      Given Your Honor's recent instructions, I would also like to request a pre-filing conference, if necessary, as the filing may be considered substantive. I appreciate the Court's understanding, guidance and consideration.

-2-

|  |  |
|---|---|
|  | Respectfully Submitted, |
| DATED: July 11, 2025, |  |
| In **Laguna Hills, California** | */s/ **Arjun Vasan*** |
|  | _____ |
|  | Arjun Vasan |
|  | Defendant *Pro Se* |
|  | arjun.vasan@gmail.com |
|  | (562) 900-6541 |

The Court is skeptical that there is a basis for fees or sanctions but will reserve judgment pending any such motion.  Defendant shall file any such motion by July 25, 2025; any opposition shall be filed by August 8, 2025; no reply may be filed absent prior leave of Court.  The Clerk of Court is directed to mail a copy of this endorsed letter to Defendant.

SO ORDERED.

July 15, 2025