UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
: 
CHECKMATE.COM, INC., :
: Civil Action No. 22-cv-02079
Plaintiff, : (VM) (GWG)
: 
-against- : **DECLARATION OF**
: **REBECCA I. MAKITALO**
ARJUN VASAN., :
: 
Defendant. :
: 
: 
: 
------------------------------------------------------------X

I, Rebecca I. Makitalo, declare as follows:

1. I am a member in good standing of the Bar of the State of California, an attorney at the law firm of K&L Gates LLP, and counsel for Plaintiff Checkmate.com, Inc. ("Checkmate"). I was granted admission *pro hac vice* to appear before this Court. I submit this declaration in support of Checkmate's Memorandum of Law in Opposition to Defendant's Motion for Post-Dismissal Sanctions.

2. This declaration provides certain documents referenced in Checkmate's Memorandum of Law.

3. Attached hereto as Exhibit A is a true and correct copy of an email from Arjun Vasan to Checkmate's attorneys, dated April 27, 2025 threatening to file an amended complaint in the Central District of California adding claims against "K&L Gates LLP as a defendant" as well as "add Ryan Q. Keech and Charles M. III Tea" – K&L Gates' Deputy General Counsel – as defendants based in part on the filing of this action "immediately after" what he claimed to be his "protected activity in California."

4.     Attached hereto as Exhibit B is a true and correct copy of an email from Arjun Vasan to my K&L Gates LLP colleague, Stacey G. Chiu, cc'ing another K&L Gates colleague, Gabriel M. Huey, dated May 5, 2025 stating "You will be completely crushed" and "Your careers will be ruined" and that he "will ensure that the press is well aware."

5.     Attached hereto as Exhibit C is a true and correct copy of an email from Arjun Vasan to Checkmate's attorneys, dated June 26, 2025, demanding that Plaintiff "promptly and voluntarily dismiss, with prejudice" this action.

6.     Attached hereto as Exhibit D is a true and correct copy of an email from Arjun Vasan to my K&L Gates LLP colleague, Ryan Q. Keech, dated June 26, 2025, with the subject line "unconditional surrender - I strongly recommend it while I retain the capacity for mercy" stating "Nothing Further."

7.     Attached hereto as Exhibit E is a true and correct copy of an email from Arjun Vasan to Checkmate and Checkmate's attorneys, dated July 1, 2025, where Vasan stated "[t]he next phase will be exponentially costlier" and "will raise the stakes substantially, including motions for sanctions, adding *Michael Bell*, K&L Gates LLP (and *Ryan Q. Keech* and *Charles Tea III* as individual defendants), seeking injunctive relief, and pursuing any further actions necessary to *force* a resolution" if he did "not receive written acceptance of this proposal by **end of day Friday, July 4, 2025**." (emphasis in original).

8.     Attached hereto as Exhibit F is a true and correct copy of an email from Arjun Vasan to Checkmate's attorneys, dated July 2, 2025, stating that "I see that you plan to *surrender* in New York" and threatening that "unless you dismiss with prejudice I will hold your frivolous and abusive New York action against you, and you will pay for it." (emphasis in original).

9. Attached hereto as <u>Exhibit G</u> is a true and correct copy of an email from Arjun Vasan to Checkmate and Checkmate's attorneys, dated July 2, 2025, demanding that Plaintiff "begin *apologizing*, immediately" and that "each day that passes increases the cost your client will pay, and my resolve to hold their feet to the fire." (emphasis in original).

10. Attached hereto as <u>Exhibit H</u> is a true and correct copy of an email from Arjun Vasan to Checkmate and Checkmate's attorneys, dated July 2, 2025, stating "let me be absolutely clear. If I do not get a positive response by Friday, July 4, 2025, the 249th birthday of America, there will be no going back. My only goal after that will be to **completely destroy and humiliate** Checkmate." (emphasis in original).

11. Attached hereto as <u>Exhibit I</u> is a true and correct copy of an email from Arjun Vasan to Checkmate and Checkmate's attorneys, dated July 2, 2025, stating "And messrs Bell, Keech and Tea will also be humiliated, destroyed and eviscerated on a personal level. I will have no mercy. NONE whatsoever. NONE."

12. Attached hereto as <u>Exhibit J</u> is a true and correct copy of an email from Arjun Vasan to Checkmate and Checkmate's attorneys, dated July 3, 2025, the subject line "URGENT: last warning before actions on July 4, 2025" stating "If, by tomorrow, I do not see full and complete submission to my demands, I will consider this failure a statement of intent by your client and proceed accordingly." He claimed "I do not care about holidays or weekends or for that matter hours, I work 24-7-365."

13. Attached hereto as <u>Exhibit K</u> is a true and correct copy of an email from Arjun Vasan to Checkmate and Checkmate's attorneys, dated July 4, 2025, with the subject line "Last Chance" stating "Surrender now or expect complete annihilation."

14. Attached hereto as <u>Exhibit L</u> is a true and correct copy of an email from Arjun Vasan to my K&L Gates LLP colleague, Ryan Q. Keech, dated July 20, 2025, the subject line "Carl von Clausewitz, On War (1832)" stating "The destruction of the enemy's forces is always the means by which the aim of war is achieved; the aim is the overthrow of the enemy and the compulsion of his will."

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of August, 2025 in Los Angeles, California.

_____
Rebecca I. Makitalo