# EXHIBIT E

**From:** Arjun Vasan <arjun.vasan@gmail.com>
**Sent:** Tuesday, July 1, 2025 9:12:11 PM
**To:** Keech, Ryan Q. <Ryan.Keech@klgates.com>; Huey, Gabriel M. <Gabriel.Huey@klgates.com>; Warns, Tom A. <Tom.Warns@klgates.com>
**Cc:** Vishal Agarwal <vishal@itsacheckmate.com>; Mike Bell <michaelb@itsacheckmate.com>
**Subject:** Final Offer - Confidential Settlement Communication – F.R.E. 408

**This Message Is From an External Sender**
This message came from outside your organization.

Dear Counsel,

I write in a final effort to avoid further escalation—and the substantial fees your client will incur if this matter proceeds.

Your client's deliberate multiplication of proceedings has already resulted in significant, avoidable expense. The next phase will be exponentially costlier for a team of six K&L Gates attorneys litigating on two coasts, representing a client with several witnesses to depose, including multiple key employees and senior leadership, against just one person.

Accordingly, my **final offer** is as follows:

1. **Payment of all amounts indisputably owed** (severance, bonuses, and accrued wages);
2. **Statutory interest and waiting-time penalties**; and
3. **Attorneys'-fees equivalents** for the time I have expended pro se (calculated at $1000/hr, full time). Alternatively, my salary of $280k, for 18 months.
4. Non-monetary compensation for reputation damage caused by your client's actions (public acknowledgement of wrongdoing and formal apology).

If I do not receive written acceptance of this proposal by **end of day Friday, July 4, 2025**, I will raise the stakes <u>substantially</u>, including motions for sanctions, adding ***Michael Bell***, K&L Gates LLP (and ***Ryan Q. Keech*** and ***Charles Tea III*** as individual defendants), seeking injunctive relief, and pursuing any further actions necessary to **force** a resolution.

I have consistently demonstrated my relentlessness, cost-effectiveness and that I follow through on my representations. I trust your client will weigh that history in considering a resolution that spares everyone unnecessary burden, including the disruption this will cause to Checkmate and especially its Voice AI ambitions. *This will cost your client far far more than it costs me*. I further reserve all rights and waive none.

Best regards,

Arjun Vasan

Defendant & Plaintiff Pro Se