UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
CHECKMATE.COM, INC.,

                Plaintiff,

-against-

ARJUN VASAN,

                Defendant.
----------------------------------------------------------- X

**25-CV-03181** (JMF)

<u>DECLARATION OF ARJUN VASAN AUTHENTICATING EXHIBIT B TO HIS REQUEST FOR LEAVE TO REPLY TO PLAINTIFF'S OPPOSITION TO HIS MOTION FOR SANCTIONS</u>

I, Arjun Vasan, declare as follows:

1. I am the Defendant in this action, appearing pro se, with personal knowledge of the facts asserted herein. If called to testify, I could and would do so competently.

2. On July 10, 2025, I was unexpectedly hospitalized due to an acute medical condition.

3. Unfortunately, my stay extended longer than anticipated; I was discharged only on August 4, 2025, and regained full access to my records and computer on that date.

4. While under treatment, I worked diligently and in good faith—albeit on a limited schedule—to prepare and file the motion for sanctions (ECF 58), as well as on filings in the related Central District of California action (cv-765-MEMF-JPR). As previously declared with my motion, I had limited time polish my filing before the deadline.

5. I submit this Declaration in Support of my concurrently filed request for leave for a one-page Reply to Plaintiff's opposition to my motion.

-1-

6. Plaintiff will not be prejudiced by this request; no new evidence is introduced.

7. Plaintiff has stated, in its opposition, that the Declaration of Robert Nessler, submitted with my motion, is "self-serving and uncorroborated". So that the Court sees the full and complete picture, my proposed Reply corroborates it with evidence already on record.

8. On February 6th, after a virtual meeting with my VoiceBite cofounder Christopher Lam and Grant Thomas of Thomas Whitelaw LLP, counsel retained by my other VoiceBite cofounder and Holder Representative Robert Nessler, in which we discussed how to respond to Checkmate's January 29th Notice of Direct Claim, Mr. Thomas sent me via email a draft joint response (dated to be sent on February 7th), which I approved, as the joint response of the shareholders on advice of their counsel, as it is titled.

9. Mr. Thomas does not, and has never, formally represented me in my individual capacity, as it would pose a conflict of interest. My relationship with Mr. Thomas is as one of five VoiceBite pre-closing equity holders, jointly represented through Mr. Nessler.

10. The draft response, as also described in the Declaration of Robert Nessler, distinguishes between VoiceBite's intellectual property, which was developed entirely after its founding and substantially after merger negotiations began with Checkmate, and portions of legacy personal code, such as configuration files, credentials and utilities, including those exhibited in Plaintiff's Amended Complaint.

11. The response addresses with nuance the distinction between software that is considered Intellectual Property and "functional code" such as the aforementioned. At no point does the draft response state that all of VoiceBite's code was not "intellectual property".

12. Exhibit B of my Reply to Plaintiff's Opposition to my Motion to Dismiss (ECF 48) contains true and correct copies of the Jan 29th Notice of Claim, the Feb 6th email from Mr. Thomas containing the draft shareholder response, and the draft response itself (dated to be sent on Feb 7th). The identical Exhibit B is also reattached to my request for leave.

13. I was not sent any other version, and on information and belief, what was sent to K&L Gates, was sent on Feb 7th and was substantially the same. I only approved of the draft as the joint shareholder response, not as a personal statement.

14. I did not communicate with K&L Gates regarding this issue between January 29th and February 14th, when its operative complaint here was filed. The only possible source of the allegations in ¶¶33-34 of its complaint is the shareholder response described herein.

15. Since voluntarily dismissing its complaint, Plaintiff has refiled it substantially verbatim as counterclaims in the C.D. Cal. Action. The same allegations, including those wrongly labeled as personal admissions of fraud in ¶¶33-34, and that "millions of dollars" were paid to me or any other VoiceBite founder, are now before a sister federal court.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

**Executed on**: August 9, 2025,   /s/ *Arjun Vasan*

In **Cerritos, CA**

            *By:*   **Arjun Vasan**
               Defendant *Pro Se*
               Cofounder, Pre-Closing Equity Holder and Former CTO of VoiceBite
               arjun.vasan@gmail.com