UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
CHECKMATE.COM, INC.,                                    :
                                                        :
                Plaintiff,                       :      25-CV-03181 (JMF)
                                                        :
                                                        :      DECLARATION OF ARJUN VASAN IN
                                                        :      SUPPORT OF HIS REPLY/OPPOSITION
                                                        :      TO DEFENDANT'S OPPOSITION/CROSS-
            -against-                             :      MOTION FOR SANCTIONS
                                                        :
                                                        :
                                                        :
                                                        :
                                                        :
ARJUN VASAN,                                            :
                                                        :
                Defendant.                       :
------------------------------------------------------- X

I, ARJUN VASAN, hereby declare:

1. I am the Defendant in this action, proceeding *pro se*. I submit this declaration in support of my Motion for Sanctions and in opposition to Plaintiff's Cross-Motion. I have personal knowledge of the facts herein, and if called to testify, could and would do so competently.

2. This declaration uses the following abbreviations for reference: (**AV**) refers to myself; (**Checkmate**) refers to Plaintiff; (**CDCA**) refers to the Central District of California [and to the related action there, Case No. 2:24-cv-00765-MEMF-JPR]; (**CaMDT**) refers to the Motion to Dismiss or Transfer filed by Checkmate in CDCA on March 26, 2025 (CDCA ECF 18); (**SDNY**) refers to this district and action; (**NyMDT**) refers to my Motion to Dismiss, Transfer or Stay filed June 2, 2025, in this docket (Dkt. 35). (**Opp/CM**) refers to Checkmate's Opposition/Cross-Motion to my Motion for Sanctions (Dkt. 52).

3. I obtained court filings from PACER as PDF files; I removed only the repeating ECF header/footer bands and added cover sheets as appropriate. I exported emails I sent or received from my Gmail account to PDF. Except for highlighting/underlining for

emphasis and those cover sheets, no text or content was altered. The PDFs show the sender, recipients, subject line, date/time, and message body as received.

4. I recognize the attached emails based on their distinctive characteristics—addresses, signature blocks, subject lines, message threads, and timing—and my personal knowledge of the exchanges. See Fed. R. Evid. 901(b)(1), (b)(4). Emails authored by Checkmate or its counsel are also opposing-party statements. See FRE 801(d)(2)(C)–(D).

5. **Exhibit A** contains true and correct copies of the following from the CaMDT:
    a. **Ex. A-1**: Declaration of Vishal Agarwal (CDCA ECF 18-4);
    b. **Ex. A-2**: Bonus Agreement (Exhibit C to the Agarwal Decl.; *Id*. at 61);
    c. **Ex. A-3**: Offer Letter (Exhibit D to the Agarwal Decl.; *Id*. at 69).
    d. The remaining attachments are available on PACER for the court's reference.

6. **Exhibit B** is taken from Ex. B to Defendant's Reply ISO the NyMDT (Dkt. 48), attached for convenience. Headers are stripped, relevant portions are highlighted and cover pages added; otherwise, a true and correct copy, including the following:
    a. **Ex. B-1** is a true and correct copy of my February 6, 2025, email thread with Grant Thomas attaching the aforementioned Notice and draft Response.
    b. **Ex. B-2** is a true and correct copy of the January 29, 2025, Notice of Direct Claim served on Robert Nessler and forwarded to me by Mr. Thomas — attorney for Mr. Nessler in his capacity as Holder Representative under the Merger Agreement between Checkmate and VoiceBite.
    c. **Ex. B-3** is a true and correct copy of the Shareholder Response drafted by Mr. Thomas, to be sent on February 7, 2025.

7. **Exhibit C** contains a sample of emails and filings in which counsel for Checkmate uses the "vexatious litigant" and "generative AI" language present in its Opp/CM.
    a. **Ex. C-1** contains a true and correct copy of June 15, 2025, email where Counsel Ryan Q. Keech rejects my proposed stipulation for a temporary stay.
    b. **Ex. C-2** contains a true and correct copy of an email on the same day, where Mr. Keech attempts to persuade the SDNY Pro Se Intake unit to reject my filing.

-3-

c. **Ex. C-3** is a true and correct copy of a June 17, 2025, "Notice of Violation" filed by Checkmate in CDCA, which acknowledges no violation was committed.

d. **Ex. C-4** contains true and correct screenshots from Checkmate's Opposition to Defendant's Letter Motion for a Temporary Stay of Proceedings (Dkt. 44)

e. **Ex. C-5** are true and correct emails from an email thread on May 28, 2025, in which Mr. Keech repeatedly accuses me of "using generative AI", demands that I withdraw my opposition to its CaMDT and answer Checkmate's complaint here, and at one point addresses me as "the Generative AI program posing as Mr. Vasan". For brevity, only select emails of this thread are included here.

8. **Exhibit D** contains true and correct copies of the following December 2024 to January 2025 correspondence with Attorney Ryan Q. Keech for Checkmate.

    a. **Ex. D-1** My November 20, 2024, request for unpaid severance and bonuses (aligned w/Offer Letter) after my termination on November 14, 2024.

    b. **Ex. D-2** The first "Notice of Claim" sent by Mr. Keech on December 6, 2024, rejecting my request and alleging "unprofessional" and "criminal" misconduct.

    c. **Ex. D-3** Emails I sent on December 15 and December 21, 2024, requesting the documents alleged to be breached in the Notice of Claim.

    d. **Ex. D-4** The second "Notice of Claim" sent by Mr. Keech on January 22, 2025, repeating the allegations, referring to "criminal liability", and to my earlier refusal to "submit" to a recorded interview.

9. **Exhibit E** contains true and correct copies of the following correspondence with General Counsel for K&L Gates LLP:

    a. **Ex. E-1**: Email thread with Charles Tea III, starting January 29, 2025.

    b. **Ex. E-2**: Draft Bar Complaint shared by me in the email thread.

    c. **Ex. E-3**: Mr. Tea's formal response sent February 21, 2025.

10. **Exhibit F** is a true and correct of an August 29, 2025, email from Checkmate counsel Rebecca Makitalo, declining to provide a computation of damages.

-4-

*I declare under penalty of perjury that the foregoing is true and correct.*

/s/ *Arjun Vasan*

**Executed on**: September 1, 2025

   **In**: Cerritos, California

*Arjun Vasan*
Defendant *Pro Se*
12615 193rd Street
Cerritos, CA 90703
(562) 900-6541
arjun.vasan@gmail.com