UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------- X
CHECKMATE.COM, INC.,                               :
                                                   :
                  Plaintiff,                       :   25-CV-03181 (JMF)
                                                   :
                                                   :   [PROPOSED] ORDER GRANTING
                                                   :   DEFENDANT'S MOTION FOR POST-
                                                   :   DISMISSAL SANCTIONS AND DENYING
                                                   :   PLAINTIFF'S CROSS-MOTION
       -against-                                   :
                                                   :
                                                   :
                                                   :
                                                   :
                                                   :
                                                   :
ARJUN VASAN,                                       :
                                                   :
                  Defendant.                       :
-------------------------------------------------- X
```

**JESSE M. FURMAN**, United States District Judge:

   Upon consideration of Defendant Arjun Vasan's motion for sanctions ("Motion") and Plaintiff's cross-motion ("Cross Motion"), the papers submitted, and the record, it is ORDERED:

1. **Motion for Sanctions**: The Court finds that the two factual predicates identified in the Motion lacked evidentiary support when presented in this action and were later advocated after notice. The Motion is GRANTED.

2. **Inherent authority and § 1927 admonition**: In the exercise of its inherent authority, and as to counsel under 28 U.S.C. § 1927, the Court finds that the advocacy described in ¶ 1 was without color and undertaken for an improper purpose. Plaintiff's counsel is ADMONISHED and directed to strict adherence to Rule 11(b) in future filings.

3. **Notice to Related Action**: Within seven (7) days, Plaintiff shall file this Order in Arjun Vasan v. Checkmate.com, Inc., Case No. 2:25-cv-00765 (C.D. Cal.), serve it on its client, and file proof of such filing and service on this docket.

4. **Cross-Motion**: Plaintiff's Cross-Motion for sanctions is DENIED.

[**Other Relief, in the Court's Discretion**]

5. [**Rule 11(c)(3) show cause**]: Pursuant to Fed. R. Civ. P. 11(c)(3), Plaintiff and its counsel are ORDERED TO SHOW CAUSE, within fourteen (14) days, why the conduct identified in ¶ 1 does not violate Rule 11(b). Any sanction imposed under Rule 11 shall be limited to deterrence; in light of Rule 11(c)(5)(B), no court-initiated monetary sanction will be imposed under Rule 11. To the extent the Court later determines that monetary sanctions are appropriate, it will consider them, if at all, under its inherent power and/or 28 U.S.C. § 1927.

6. [**Prospective certification and evidentiary appendix**]: Before Plaintiff or its counsel re-asserts in any court any factual contention materially similar to those identified in ¶ 1, they shall append to any such filing: (a) a certification signed by a senior partner of Plaintiff's counsel that counsel presently possesses documentary evidence supporting the contention; and (b) an evidentiary appendix containing the referenced documents by docket or Bates citation. Any filing in this Court lacking the required certification and appendix may be stricken without further notice. Counsel is further directed to adhere to this requirement in any other forum.

7. [**Professional-conduct education**]: Within thirty (30) days, Plaintiff's counsel shall complete no fewer than three (3) hours of continuing legal education concerning federal sanctions and duties of candor to the tribunal and shall file on this docket a certificate of completion identifying the course provider, title, and date of completion.

8. [**Referral**]: The Clerk of Court is directed to transmit a copy of this Order to the Grievance Committee of this Court and to the appropriate state disciplinary authority for counsel of record.

**SO ORDERED**.

DATED: _____                              _____

New York, New York                                    JESSE M. FURMAN

United States District Judge