**UNITES STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

CHECKMATE.COM, INC.,

                Plaintiff,

     -against-

ARJUN VASAN,

                Defendant.

-------------------------------------------------------------x

Case No.: 1:25-cv-03181-JMF

**DECLARATION OF SERVICE**

I, Roxana I. Ciulei, declare under the penalty of perjury as follows:

On September 8, 2025, I caused to be served by First Class mail true and correct copies of **Plaintiff's Reply Memorandum of Law in Support of Cross-Motion for Sanctions** in this action, upon the following:

Arjun Vasan
12615 193rd Street
Cerritos, CA 90703
(562) 900-6541
arjun.vasan@gmail.com
*Defendant Pro Se*

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of September, 2025 in Milford, Connecticut.

_____
Roxana I. Ciulei